UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                           No. 2:06-cv-2052-MCE-DAD

     Plaintiff,

  v.                                      **ORDER RE: SETTLEMENT AND DISPOSITION**

CHARLES V. LANGDON, JR. and
DEBRA J. LANGDON,

     Defendants.
_____/

    Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 20, 2006. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

    IT IS SO ORDERED.

DATED: October 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE